*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided May 13, 2008

L. LYNNE HALL *v.* STANLEY BERGMAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 106 Conn. App. 660 (AC 26856), is denied.

KATZ and SCHALLER, Js., did not participate in the consideration or decision of this petition.

*Susan M. Phillips*, in support of the petition.

Decided May 21, 2008

L. LYNNE HALL *v.* STANLEY BERGMAN ET AL.

The petition by the defendant Stuart Cohn for certification for appeal from the Appellate Court, 106 Conn. App. 660 (AC 26858/AC 27011), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's order setting aside the jury verdict?"

KATZ and SCHALLER, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 18155.

*Rene Gerard Martineau*, in support of the petition.

Decided May 21, 2008